Order issued October 9 , 2012

004366



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-10-01596-CR

PAUL TYRELLE GATLIN, Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

Before the Court is the State's motion for extension of time to file its brief. We **GRANT** the motion. We **ORDER** the State's brief received October 5, 2012 filed as of the date of this order.

JIM MOSELEY
PRESIDING JUSTICE